

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| RODNEY SANCHEZ LOPEZ, | § | No. 08-15-00010-CR |
| Appellant, | § | Appeal from the |
|  | § |  |
| v. | § | 143rd District Court |
| THE STATE OF TEXAS, | § | of Reeves County, Texas |
| Appellee. | § | (TC# 13-08-07799-CRR) |
|  | § |  |

**O R D E R**

The Court on its own motion ORDERS the Court Reporter for the 143rd District Court of Reeves County to prepare and e-file a supplemental record containing State's Exhibit 11-A and State's Exhibit 11-B ("DVD OF DASH CAM VIDEO"). The supplemental record is due with this Court on or before December 12, 2016.

IT IS SO ORDERED THIS 2ND DAY OF DECEMBER, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.